**MICHAEL N. FEUER,** City Attorney - SBN 111529
**THOMAS H. PETERS,** Chief Assistant City Attorney – SBN 163388
**CORY M. BRENTE,** Assistant City Attorney – SBN 115453
**SUREKHA A. PESSIS,** Deputy City Attorney – SBN 193206
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7036
Fax No.:    (213) 978-8785
Email: Surekha.Pessis@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, STUART JAYE, ANTHONY LJUBETIC** and **COURTNEY PEARSON**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN NEE,<br><br>             Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, CHIEF CHARLIE BECK, individually and in his official capacity; OFFICER JAYE, OFFICER PEARSON, SERGEANT LJUBETIC and DOES 1-10,<br><br>             Defendants. | CASE NO.  CV16-05003 DMG (JPR)<br>*Mag. Dolly M. Gee, Ctrm. 7, 2nd Fl.*<br><br>**DEFENDANTS CITY OF LOS ANGELES, STUART JAYE, ANTHONY LJUBETIC AND COURTNEY PEARSON'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

COMES NOW DEFENDANTS, **CITY OF LOS ANGELES, STUART JAYE, ANTHONY LJUBETIC AND COURTNEY PEARSON** answer Plaintiff's Complaint in the above-entitled action, for themselves alone and for no other party, hereby admit, deny, and allege as follows:

1

## JURISDICTION AND VENUE

1.     Defendants admit Plaintiff is seeking relief pursuant to 42 U.S.C. Section 1983 and that the United States District Court – Central District of California has jurisdiction of this matter.

2.     Defendants admit the proper venue is the United States District Court-Central District of California.

3.     Defendants admit provided Plaintiff meets his burdens of proof and in absence of any issues to be resolved on appeal.

## INTRODUCTION

4.     Answering Paragraph 4, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5.     Answering paragraph 5, Defendants deny the allegations contained therein.

6.     Answering paragraph 6, Defendants deny the allegations contained therein.

7.     Answering paragraph 7, Defendants deny the allegations contained therein.

8.     Answering paragraph 8, no such paragraph is included in the complaint.

9.     Answering paragraph 9, no such paragraph is included in the complaint.

10.    Answering paragraph 10, Defendants deny the allegations contained therein.

## PARTIES

11.    Answering Paragraph 11, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12.    Answering paragraph 12, Defendants admit the City of Los Angeles is a public entity.

13.    Answering paragraph 13, Defendants admit that Charlie Beck is the Chief of Police, but deny the allegations of wrongdoing contained therein.

14.    Answering paragraph 14, Defendants admit that Anthony Ljubetic is a LAPD Sergeant but deny the allegations of wrongdoing contained therein.

15.   Answering paragraph 15, Defendants deny the allegations contained therein.

16.   Answering paragraph 16, Defendants deny the allegations contained therein.

17.   Answering paragraph 17, Defendants deny the allegations contained therein.

18.   Answering paragraph 18, Defendants deny the allegations contained therein.

19.   Answering paragraph 19, Defendants deny the allegations contained therein.

20.   Answering paragraph 20, Defendants deny the allegations contained therein.

21.   Answering paragraph 21, Defendants deny the allegations contained therein.

## STATEMENT OF FACTS

22.   Answering paragraph 22, Defendants deny the allegations contained therein.

**July 5, 2015 EVENTS:**

23.   Answering paragraph 23, Defendants deny the allegations contained therein.

24.   Answering paragraph 24, Defendants deny the allegations contained therein.

25.   Answering paragraph 25, Defendants deny the allegations contained therein.

26.   Answering paragraph 26, Defendants deny the allegations contained therein.

27.   Answering paragraph 27, Defendants deny the allegations contained therein.

**November 10, 2015 EVENTS:**

28.   Answering paragraph 28, Defendants deny the allegations contained therein.

29.   Answering paragraph 29, Defendants deny the allegations contained therein.

30.   Answering paragraph 30, Defendants deny the allegations contained therein.

31.   Answering paragraph 31, Defendants deny the allegations contained therein.

## MONELL ALLEGATIONS

32.   Answering paragraph 32, Defendants deny the allegations contained therein.

33.   Answering paragraph 33, Defendants deny the allegations contained therein.

34.   Answering paragraph 34, Defendants deny the allegations contained therein.

35.   Answering paragraph 35, Defendants deny the allegations contained therein.

36.A-D.   Answering paragraphs 36.A-D, Defendants deny the allegations contained therein.

/ / /

3

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

37. Answering paragraph 37, Defendants deny the allegations contained therein.

**FIRST CAUSE OF ACTION**

**Violation of First Amendment (42 U.S.C. §1983); Ca. Const. Art. I §2 and 3**

**(Against All Defendants)**

38. Answering paragraph 38, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

39. Answering paragraph 39, Defendants deny the allegations contained therein.

40. Answering paragraph 40, Defendants deny the allegations contained therein.

41. Answering paragraph 41, Defendants deny the allegations contained therein.

42. Answering paragraph 42, Defendants deny the allegations contained therein.

**SECOND CAUSE OF ACTION**

**Retaliation in Violation of the First Amendment (42 U.S.C. §1983);**

**Ca. Const. Art. I & 2**

**(Against All Defendants)**

43. Answering paragraph 43, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

44. Answering paragraph 44, Defendants deny the allegations contained therein.

45. Answering paragraph 45, Defendants deny the allegations contained therein.

46. Answering paragraph 46, Defendants deny the allegations contained therein.

47. Answering paragraph 47, Defendants deny the allegations contained therein.

/ / /

/ / /

/ / /

/ / /

/ / /

4

1

## THIRD CAUSE OF ACTION

2

### Unlawful Seizure in Violation of the Fourth Amendment

3

### (42 U.S.C. §1983); Ca. Const. Art. I & 7

4

### (Against All Defendants Except DOE 1 and Off. Jaye)

5      48.  Answering paragraph 48, which incorporates by reference the allegations of

6  other paragraphs of the pleading, Defendants to the same extent incorporate by reference

7  the answers provided herein to those paragraphs.

8      49.  Answering paragraph 49, Defendants deny the allegations contained therein.

9      50.  Answering paragraph 50, Defendants deny the allegations contained therein.

10      51.  Answering paragraph 51, Defendants deny the allegations contained therein.

11

## FOURTH CAUSE OF ACTION

12

### Violation of Cal. Civ. Code 52.1

13

### (Against All Defendants)

14      52.  Answering paragraph 52, which incorporates by reference the allegations of

15  other paragraphs of the pleading, Defendants to the same extent incorporate by reference

16  the answers provided herein to those paragraphs.

17      53.  Answering paragraph 53, Defendants deny the allegations contained therein.

18      54.  Answering paragraph 54, Defendants deny the allegations contained therein.

19      55.  Answering paragraph 55, Defendants deny the allegations contained therein.

20      56.  Answering paragraph 56, Defendants deny the allegations contained therein.

21

22

## AFFIRMATIVE DEFENSES

23      As separate and distinct affirmative defenses, Defendants allege each of the

24  following:

25

## FIRST AFFIRMATIVE DEFENSE

26      The force used against Plaintiff, if any, was caused and necessitated by the actions

27  of Plaintiff, and was reasonable and necessary for self-defense.

28  / / /

5

### SECOND AFFIRMATIVE DEFENSE

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for the defense of others.

### THIRD AFFIRMATIVE DEFENSE

The state claims are barred for Plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

### FORTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovering punitive damages against the Officers in their official capacity.

### FIFTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, the answering Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### SIXTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, the answering Defendants are protected from liability under the doctrine of witness immunity.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant City of Los Angeles is immune from the imposition of punitive damages.

### EIGHTH AFFIRMATIVE DEFENSE

Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2; 818; 820(b); 820.2; 820.4; 820.8; 821.6; 822.2;

Civil Code § 3333.3;

Penal Code §§ 835(a); 836.5 and 847.

/ / /

6

1

## NINTH AFFIRMATIVE DEFENSE

Defendants allege Plaintiff fails to state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

Defendants hereby reserve the right to amend this Answer in accordance with the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

W H E R E F O R E, Defendants **CITY OF LOS ANGELES, STUART JAYE, ANTHONY LJUBETIC** and **COURTNEY PEARSON** pray for judgment as follows:

1.    That Plaintiff take nothing by this action and his requests for relief be denied;

2.    That the action be dismissed;

3.    That Defendants be awarded costs of suit;

4.    That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

## DEMAND FOR JURY TRIAL

Defendants **CITY OF LOS ANGELES, STUART JAYE, ANTHONY LJUBETIC** and **COURTNEY PEARSON** demand and request a trial by jury in this matter.

Dated: October 25, 2016   **MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: _____ /S/ - *Surekha A. Pessis* _____ .

    **SUREKHA A. PESSIS**, Deputy City Attorney

*Attorneys for Defendants,* **CITY OF LOS ANGELES, STUART JAYE, ANTHONY LJUBETIC** and **COURTNEY PEARSON**

7