Judge Dolly M. Gee

**SCHEDULE OF PRETRIAL & TRIAL DATES WORKSHEET**

Case No. CV 16-05003 DMG (JPR)    Case Name: Shawn Nee v. City of Los Angeles, et al.

| MATTER | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE | TIME |
|---|---|---|
| **TRIAL**    [ ] Court   [ x] Jury<br>Duration Estimate: | November 14, 2017<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE ("FPTC")**<br>4 wks before trial | October 17, 2017<br>(Tuesday) | 2:00 p.m. |

| MATTER | TIME COMPUTATION | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 90 days after scheduling conf | March 9, 2017 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | July 10, 2017 |
| Motion Cut-Off   (filing deadline) | at least 13 wks before FPTC | July 17, 2017 |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | August 14, 2017 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | September 11, 2017 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | September 25, 2017 |
| Settlement Conference Completion Date | at least 4 wks before FPTC | September 18, 2017 |
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | September 25, 2017 |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | October 2, 2017 |
| Other Dates: (e.g., class cert motion cut-off, early mediation, etc.) | at least 90 days after complaint served (unless longer time justified) | n/a |

**EXHIBIT A**