# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SHAWN NEE

Plaintiff(s)

v.

CITY OF LOS ANGELES, et al.

Defendant(s).

CASE NUMBER:

CV 16-05003 DMG (JPRx)

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

The Court hereby orders that the request of:

Stuart Jaye          ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute   Thomas J. Feeley                                                   who is

   ☒ Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)      ☐ Pro Se

701 North Brand Boulevard, Suite 610
*Street Address*

Glendale, CA 91203                                       tfeeley@feeleylaw.com
*City, State, Zip*                                           *E-Mail Address*

(818) 550-9670              (818) 550-9605              44466
*Telephone Number*          *Fax Number*                *State Bar Number*

as attorney of record instead of   Surekha A. Pessis
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**      ☒ **GRANTED**      ☐ **DENIED**

Dated   February 2, 2017

*/s/ Dolly M. Gee*

DOLLY M. GEE, United States District Judge

G-01 ORDER (12/14)      **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**