Carol A. Sobel, SBN 84484
LAW OFFICE OF CAROL A. SOBEL
3110 Main St., Ste. 210
Santa Monica, CA 90405
T: (310) 393-3055
E. carolsobel@aol.com

Paul L. Hoffman, SBN 71244
Catherine Sweetser, SBN 271142
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN LLP
11543 West Olympic Boulevard
Los Angeles, California 90024
(t) 310 396-0731; (f) 310 399-7040
(e) hoffpaul@aol.com
(e) catherine.sdshh@gmail.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SHAWN NEE,<br>Plaintiff,<br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br>Defendants. | Case No.: 16-CV-05003 DMG JPR<br><br>**STIPULATION TO EXTEND THE TIME FOR MEDIATION**<br><br>Date: March 24, 2017<br>Time: none<br>Ctrm: 8C<br><br>Action Filed: July 7, 2016 |

The parties to the above-captioned action file this Joint Stipulation to Extend the time for mediation of the action.

On December 8, 2016, the Court issued a Schedule of Pretrial and Trial dates that set a cut-off date for early mediation of March 24, 2017. The parties are in touch with the Court mediator, Gail Killefer, concerning mediation of this case. Ms. Killefer mediated the prior lawsuit in which Shawn Nee was a plaintiff, raising similar First Amendment claims based on videotaping police officers in public.

The Deputy City Attorney assigned to the case, Surekha Pessis, and the supervising City Attorney, Cory Brente, have not been able to set a date for the early mediation due to the holidays in December and Attorney scheduling conflicts since then, including Mr. Brente being in trial recently and other matters the parties need additional time.

Accordingly, the parties request that the Court extend the time to complete early mediation to and through May 8, 2017, and the time to file a Joint Report re Results of Early Mediation to May 15, 2017.

DATED: March 21, 2017

Respectfully submitted,

SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
LAW OFFICE OF CAROL A. SOBEL

By: /s/ Carol A. Sobel
CAROL A. SOBEL
Attorneys for Plaintiff

DATED: March 21, 2017

MICHAEL N. FEUER, City Attorney
SUREKHA A. PESSIS, Dep. City Attorney

By: /s/ Sureka A. Pessis
Surekha A. Pessis
Attorneys for Defendants