UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SHAWN NEE,

Plaintiff,

v.

CITY OF LOS ANGELES, et al.,

Defendants.

Case No.: CV 16-5003-DMG (JPRx)

**ORDER RE: STIPULATION TO EXTEND THE TIME FOR MEDIATION [27]**

The parties to the above-captioned action filed a Joint Stipulation to Extend the time for early mediation of the action. Pursuant to the Schedule of Pretrial and Trial dates set by the Court's December 8, 2016 Order, the current date to complete early mediation is March 24, 2017.

The parties have represented to the Court that they are in contact with Gail Killifer, the district court mediator, but that prior trial dates and other scheduling conflicts have not made it possible to set a mutually available time for early mediation of this action.

The parties have requested an extension of six weeks to complete the Court's initial time set for early mediation, to and through May 8, 2017, and the time to file a Joint Report re Results of Early Mediation to May 15, 2017.

The Court finds that there is good cause to grant the requested relief and reset the scheduling deadline for early mediation.

Accordingly, the Court grants the parties' requested extension. Early mediation shall be completed no later than May 8, 2017. The parties shall file a Joint Report re Results of Early Mediation with the Court no later than May 15, 2017.

DATED: March 24. 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE